UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MARIA TERESA MILIAN HERNANDEZ<br><br>XXX-XX-7768<br><br>DEBTOR (S) | CASE NO. 14-09594-ESL<br><br>CHAPTER 13 |

**TRUSTEE'S POSITION REGARDING DEBTOR'S (S')
EFFORTS TO MODIFY MORTGAGE LOAN AND MOTION FOR ORDER**

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully alleges and prays:

1. On Sep 09, 2015, Debtors filed a(an) MOTION REQUESTING ORDER OF APPROVAL RE: DEBTOR'S INTENTION TO PARTICIPATE IN A LOAN MODIFICATION PROCESS THROUGH LOSS MITIGATION PROGRAM.

(Docket No. 39)

2. The Trustee hereby informs this Honorable Court that he does not o b j e c t Debtor's (s') negotiations with SCOTIABANK DE PUERTO RICO provided that debtor(s) every 90 days from the approval of this motion, file with the Court and notice the Trustee, a Status Report of the negotiations with the mortgage creditor.

WHEREFORE. The Trustee hereby respectfully request from this Honorable Court to take notice of his position regarding debtor's (s') efforts to modify the mortgage loan of reference and that this motion be granted ordering the debtor(s) to file with the Court, and notify the Trustee, every 90 days, starting from the date of the order, a Status Report of the Negotiations with the mortgage loan creditor.

**NOTICE IN COMPLIANCE WITH LBR 9013-1 (h)**

Claimants and Parties in Interest please be advised that: within 14 days after service as evidenced by the certification, and an additional 3 days pursuant

to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against

whom this motion has been served, or any other party to the action who objects to the relief sought herein, shall file and serve an objection or other appropriate response to this paper with the Clerk's Office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, in interest of justice requires otherwise. If you file a timely response, the Court may - in its discretion- schedule a hearing.

**AFFIDAVIT OF MILITARY SERVICE PURSUANT TO SECTION 201(b)(1) OF THE SERVICEMEN'S CIVIL RELIEF ACT OF 2003:** I hereby certify that according to information revised at the Department of Defense Manpower Data Center (DMDC) Internet Website, the Debtor(s) is (are) NOT in active duty or under call to active duty as member(s) of the army, navy, or Air Forces of the United States of America; the National Guard; the Public Health Service or the National Oceanic and Atmospheric Administration.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular First Class Mail on this same date to: the DEBTOR(s), and all those parties in interest who have filed a notice of appearance if not an CM/ECF register user.

Respectfully submitted.

In San Juan, Puerto Rico this Tuesday, September 22, 2015.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884
San Juan, P.R. 00902-3884
Tel (787)977-3535
FAX (787)977-3550

Form 347