IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MARIA TERESA MILIAN HERNANDEZ

DEBTOR

CASE NO 14-09594-ESL

CHAPTER 13

### DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

TO THE HONORABLE COURT:

**NOW COMES, MARIA TERESA MILIAN HERNANDEZ,** through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated September 23, 2015, herewith and attached to this motion.

2. This Plan modification is filed to cure post-petition arrears owed to secured creditor Reliable Financial Services, Inc.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)(2)(b)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**I CERTIFY,** that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

Page -2-
Post confirmation modification of chapter 13 Plan
Case no. 14-09594-ESL13

      **RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 23rd day of September, 2015.

*/s/Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699 FAX NO 787-746-5294
EMAIL: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                            Case No. **3:14-bk-9594**

**MILIAN HERNANDEZ, MARIA TERESA**                     Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/23/2015**
☐ PRE ☑ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **6** = $ **1,200.00**
$ **100.00** x **44** = $ **4,400.00**
$ **480.00** x **5** = $ **2,400.00**
$ **800.00** x **5** = $ **4,000.00**
$ _____ x _____ = $ _____

TOTAL: $ **12,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank De Puert** Cr. **Reliable Financial Se** Cr. _____
# **Claim 6-1 Pre-petitior** # **3788 Post-Petition** # _____
$ **2,424.76** $ **1,192.80** $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA**     **Coop A/C Federacior**     **EduCoop**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**Reliable Financial Se**    **Sistema De Retiro Pi**    **Scotiabank De Puert**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: _[signature]_
Debtor

_____
Joint Debtor

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* Additional Attorney's Fees: $250.00 payment for the services rendered in connection to debtor(s)' post confirmation plan and related procedures for approval, pursuant to R. 2016 (f)(3).
* Additional Attorney's Fees: $350.00 payment for the services rendered in connection to debtor(s)' confirmed post confirmation plan (dockets #29 & #34) and related procedures for approval, pursuant to R. 2016 (f)(3).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* "Surrenders collateral" : Shares/savings in any Cooperativa/Association/Bank

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**      Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          EDUCOOP                                    RELIABLE FINANCIAL SERVICES
0104-3                                   PEDRO I TORRES AMADOR ESQ                  PO BOX 21382
Case 14-09594-ESL13                      PO BOX 364966                              SAN JUAN, PR 00928-1382
District of Puerto Rico                  SAN JUAN, PR 00936-4966
Old San Juan
Wed Sep  9 16:55:59 AST 2015

SCOTIABANK DE PUERTO RICO                US Bankruptcy Court District of P.R.       AEELA
CARDONA JIMENEZ LAW OFFICE PSC           Jose V Toledo Fed Bldg & US Courthouse     PO Box 364508
PO BOX 9023593                           300 Recinto Sur Street, Room 109           San Juan, PR  00936-4508
SAN JUAN, PR 00902-3593                  San Juan, PR 00901-1964


American InfoSource LP as agent for      Capital Recovery V, LLC                    EDUCOOP
DIRECTV, LLC                             c/o Recovery Management Systems Corporat   PO BOX 364966
PO Box 51178                             25 SE 2nd Avenue Suite 1120                SAN JUAN, PR 00936-4966
Los Angeles, CA  90051-5478              Miami FL 33131-1605


EduCoop                                  Educoop                                    FEDECOOP
Distrito 13 Caguas I                     Distrito 13 Caguas I                       PMB 709 89 AVE DE DIEGO STE  105
501 Ponce De Leon                        Ponce De Leon 501                          SAN JUAN PR 00927-6346
San Juan, PR 00917-3713                  San Juan, PR 00917-3713


GAF Properties Investments Corp          Nelnet Loans                               Nelnet on behalf of ASA
Sr Rafael A Carrion Rodriguez            PO Box 17460                               American Student Assistance
222 Calle Santiago Final                 Denver, CO 80217-0460                      100 Cambridge Street Suite 1600
Gurabo, PR 00778-2419                                                               Boston MA 02114-2567


Scotiabank De Puerto Rico                Sistema De Retiro Para Maestros            Syncb/Care Credit
PO Box 362394                            PO Box 191879                              PO Box 960061
San Juan, PR  00936-2394                 San Juan, PR  00919-1879                   Orlando, FL  32896-0061


US DEPT OF EDUCATION                     Usdoe/Glelsi                               Vergara & Associates
CLAIMS FILING UNIT                       2401 International                         Real Estate Management
PO BOX 8973                              Madison, WI 53704-3121                     Pmb 056 Ave Esmeralda 53
MADISON, WI 53708-8973                                                              Guaynabo, PR  00969-4429


Villas Del Soportal En Gurabo            JOSE RAMON CARRION MORALES                 MARIA TERESA MILIAN HERNANDEZ
Carr 181 Bo Celada                       PO BOX 9023884                             JARD DE CERRO GORDO
Gurabo, PR  00778                        SAN JUAN, PR 00902-3884                    B30 5 STREET
                                                                                    SAN LORENZO, PR 00754-4504


MONSITA LECAROZ ARRIBAS                  ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)           PO BOX 186
OCHOA BUILDING                           CAGUAS, PR 00726-0186
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901
```

                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
(d)RELIABLE FINANCIAL SERVICES, INC.
   P.O. BOX 21382
   SAN JUAN, PR  00928-1382
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)SCOTIABANK DE PUERTO RICO           End of Label Matrix
   CARDONA-JIMENEZ LAW OFFICE, PSC     Mailable recipients   25
   P.O. BOX 9023593                    Bypassed recipients    1
   SAN JUAN, PR  00902-3593            Total                 26
```