**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**MARIA TERESA MILIAN HERNANDEZ**<br>aka MARIA MILIAN, aka MARIA MILIAN HERNANDEZ, aka MARIA T MILIAN HERNANDEZ, aka MARIA MORALES<br><br>xxx–xx–7768<br><br>Debtor(s) | Case No. **14–09594 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/24/15 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Debtors' intention to participate in loss mitigation program with Scotiabank de Puerto Rico filed by Debtor, docket #39, 41.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, September 24, 2015 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge