# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**MARIA TERESA MILIAN HERNANDEZ**<br>aka MARIA MILIAN, aka MARIA MILIAN HERNANDEZ, aka MARIA T MILIAN HERNANDEZ, aka MARIA MORALES<br><br>xxx–xx–7768<br><br>Debtor(s) | Case No. **14–09594 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/2/16 |

### *ORDER*

Upon debtor's (s') reply (see docket entry #56), the motion to dismiss filed by Scotiabank de PR (docket entry #55) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, March 2, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge